IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAN SMITH VASQUEZ, | : |
| Plaintiff | : CIVIL ACTION |
| v. | : NO. 08-2321 |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant | : |

FILED
AUG 21 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 20th day of August, 2009, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, and Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED; and

2. Plaintiff's Request for Review is GRANTED.

3. this matter is REMANDED to the Commissioner of Social Security for further consideration.

BY THE COURT:

_____
Anita Brody, J.

Copies via ECF on ___ to:     Copies via US Mail on ___ to: